# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2020 KW 1220

VERSUS

DAMON DELMORE                                      **JANUARY 14, 2021**

---

In Re:      Damon Delmore, applying for supervisory writs, 23rd
            Judicial District Court, Parish of Ascension, Nos.
            32656, 32726.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT DENIED.**

                                **JMM**
                                **GH**
                                **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT